|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** 4/22/2020 |

UNITED STATES OF AMERICA,

        v.

VADIM ZUBKOV,

        Defendant.

No. 14-cr-773 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Today, the Court received Defendant Vadim Zubkov's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. No later than Thursday, April 23, 2020, the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection.

SO ORDERED.

Dated:    April 22, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge