UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/23/2020

UNITED STATES OF AMERICA,

v.

VADIM ZUBKOV,

Defendant.

No. 14-cr-773 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 22, 2020, the Court received Defendant Vadim Zubkov's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Today, the Government opposed Mr. Zubkov's motion. No later than **Monday, April 27, 2020**, Mr. Zubkov shall respond to the Government's letter. In particular, Mr. Zubkov shall indicate whether he opposes the Government's representations regarding his health and medical treatment.

SO ORDERED.

Dated:   April 23, 2020
         New York, New York

Ronnie Abrams
United States District Judge