```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

VADIM ZUBKOV,

               Defendant.

No. 14-cr-773 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 21, 2020, the Court received Defendant Vadim Zubkov's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19.  Dkt. 455.  On April 23, the Government opposed Mr. Zubkov's motion.  Dkt. 459.  The Court ordered Mr. Zubkov to respond to the Government's letter, including "whether he opposes the Government's representations regarding his health and medical treatment."  Dkt. 460.  The Court received Mr. Zubkov's response on April 27.  Dkt. 461.

    No later than **Wednesday, May 6, 2020**, the Government shall advise the Court when the Bureau of Prisons ("BOP") intends to resolve Mr. Zubkov's pending internal request for compassionate release or whether the BOP intends to furlough Mr. Zubkov under 18 U.S.C. § 3622(a) for the duration of the COVID-19 pandemic.  In that same letter, the Government shall provide an update on Mr. Zubkov's health and medical treatment.

    Mr. Zubkov may also provide an update on his health and medical treatment if he chooses.

SO ORDERED.

Dated:    May 1, 2020
            New York, New York

                                                 Ronnie Abrams
                                               United States District Judge